Scan Only

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  SA CV03-989 DOC(MLGx)                           Date December 20, 2004

Title     VALUEPOINT PARTNERS INC. -v- ICN PHARMACEUTICALS INC. et. al.,
          COMPANY
==================================================================
PRESENT:
                    HON. **DAVID O. CARTER**, JUDGE

          Kristee Hopkins              Jane Sutton Rule
          Deputy Clerk                 Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**

Vahn Alexander                         Eric S. Waxman
Marcus N Bozeman                       Jeffrey Gutchess
Zev Zysman


**PROCEEDINGS:**   MOTION BY PLAINTIFF FOR PRELIMINARY APPROVAL OF SETTLEMENT


     The matter is called.  Counsel state their appearances.

     Motion by Plaintiff for Preliminary Approval of Settlement GRANTED.
Order signed and filed this date.

     Hearing Re: Final Approval of Settlement is set February 28, 2005 at
8:30 a.m.

DOCKETED ON CM
JAN 13 2005
BY _____ 039

MINUTES FORM 11                        Initials of Deputy Clerk  kh
CIVIL - GEN